JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

NAHOA F.,

       Plaintiff,

    v.

FRANK BISIGNANO,
Commissioner of Social Security,

      Defendant.

No. 2:25-cv-05845-AYP

JUDGMENT

It is the judgment of this Court that the decision of the Commissioner of Social Security is AFFIRMED. Judgement is hereby entered in favor of the Defendant.

IT IS SO ORDERED.

DATED:  June 8, 2026

_____
ANNA Y. PARK
UNITED STATES MAGISTRATE JUDGE